## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| In re:<br><br>YERRE'ESTO PATTON<br>ANTOINETTE MICHELLE PATTON<br><br>Debtor(s), | Bankruptcy No: 21-10360<br><br>Chapter: 13<br><br>Judge: Honorable Deborah L. Thorne |
|---|---|

Hearing Date & Time: September 29, 2021 at 1:30 pm
Objection Deadline: September 23, 2021

### NOTICE OF MOTION

TO: Marshall, Marilyn O., Trustee & Attached Service List
    Yerre'esto Patton
    Antoinette Patton

    PLEASE TAKE NOTICE that on September 29, 2021 at 1:30 pm, or on a subsequent date fixed by the clerk of this Court, I shall appear before the Honorable Deborah L. Thorne, or any other judge that may be assigned and present the Motion to Extend the Automatic Stay, a copy of which is attached.
    This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically before Judge Thorne, follow these instructions:

> **To join by video go to this website: https://www.zoomgov.com/ Meeting ID: 160 9362 1728 Passcode: None Required Or you may join by phone: (669) 254-5252 or (646) 828-7666 Use the Meeting ID and Passcode above.**

    If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.
DATED: September 09, 2021

                                              FONFRIAS LAW GROUP, LLC

                                              /s/ Richard G. Fonfrias
                                              Richard G. Fonfrias
                                              125 S Wacker Dr., #300,
                                              Chicago, IL 60606
                                              *Phone:* 312-969-0730
                                              *Email:* richprivatemail@protonmail.com

**Richard G. Fonfrias, Esq.**
FONFRIAS LAW GROUP, LLC
125 S Wacker Dr., #300
Chicago, IL 60606
Phone: 312-969-0730
Email: richprivatemail@protonmail.com
*Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| In re: YERRE'ESTO PATTON ANTOINETTE PATTON Debtor(s), | Bankruptcy No: 21-10360 Chapter: 13 Judge: Honorable Deborah L. Thorne |
|---|---|

**Hearing Date and Time: September 29, 2021 at 1:30 pm.**
**Objection Deadline: September 29, 2021**

### DEBTOR MOTION TO EXTEND THE AUTOMATIC STAY

COMES NOW, the above-named Debtor(s), by and through undersigned counsel, to hereby file this Motion to Extend the Automatic Stay.

1. On September 05, 2021, Debtor(s) filed for relief under Chapter 13 in THE NORTHERN DISTRICT OF ILLINOIS.

2. On August 13, 2018, Debtor(s) filed a case under Chapter 13 which was subsequently dismissed within a year prior to September 05, 2021. The case number of this prior filing is: 18-22837.

3. Pursuant to 11 USC §362(c)(3) Debtor may request an order for the automatic stay to be continued or extended.

4. Because of the COVID-19 pandemic, Debtor's income was reduced in late 2020 and early 2021. During that time, he fell behind on the mortgage payments due to creditor New York Bank Mellon. Debtor used the tax refund that was otherwise due to the trustee to pay approximately $2,300 to the creditor to catch up on mortgage payments. The trustee filed a motion to dismiss the case because of the tax refund not being turned over.

5. Debtor's income has increased slightly and he and the Joint Debtor are now able to pay the mortgage payments that come due as well as the Chapter 13 plan payment that is due in the new case.

6. Debtors have prepared documents for the trustee in this new case and have prepared their first plan payment for the trustee.

7. Debtors have attached to this motion a declaration of Debtor attesting to the above.

WHEREFORE, Debtor(s) request this Court grant this Motion to Extend the Automatic Stay as to all creditors.

DATED: September 09, 2021

/s/ Richard G. Fonfrias
RICHARD G. FONFRIAS
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Yerre'esto Patton and, | ) | Case No. 21-10360 |
| Antoinette Michelle Patton | ) | |
| Debtors(s) | ) | Judge Deborah L. Thorne |

## DECLARATION OF YERRE'ESTO PATTON

I Yerre'esto Patton declare as follows:

1. In the early part of 2021 I was unable to pay the mortgage that was due on my residential property.
2. In order to avoid foreclosure proceedings, I used the funds from my then recent tax refund to pay the mortgage creditor. As a result I was unable to turn the proceeds over to the Trustee as required by my Chapter 13 Plan.
3. My financial situation has improved with my wage income, and we are able to pay the mortgage and all other expenses including the new Chapter 13 plan payment.

Signed By: _Yerre'Esto Patton (Sep 9, 2021 23:25 CDT)_

Yerre'esto Patton
Debtor

Dated: 9/9/2021

# Yerre'esto Declaration - 9-9-21

**Final Audit Report**  2021-09-10

| | |
|---|---|
| Created: | 2021-09-10 |
| By: | Heath Isaacs (heath@casedriver.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAANZsaAMJSoSsEM4ZE7tZ8M4S9QO5cPzGe |

## "Yerre'esto Declaration - 9-9-21" History

- Document created by Heath Isaacs (heath@casedriver.com)
  2021-09-10 - 0:22:16 AM GMT- IP address: 73.229.180.171

- Document emailed to Yerre'Esto Patton (conchy1@sbcglobal.net) for signature
  2021-09-10 - 0:22:35 AM GMT

- Email viewed by Yerre'Esto Patton (conchy1@sbcglobal.net)
  2021-09-10 - 0:26:02 AM GMT- IP address: 69.147.93.14

- Document e-signed by Yerre'Esto Patton (conchy1@sbcglobal.net)
  Signature Date: 2021-09-10 - 4:25:33 AM GMT - Time Source: server- IP address: 174.208.234.15

- Agreement completed.
  2021-09-10 - 4:25:33 AM GMT